# UNITED STATES BANKRUPTCY COURT
## Western District of Wisconsin

## PAYMENT ADVICES COVER SHEET
in Accordance with 11 U.S.C. Sec. 521(a)(1)(B)(iv)

**In re:**

ERIN M. HARVEY                              **Case No.:** _____

_____
**Debtor(s)**

---

*Please check the appropriate box.*

### For Debtor:

☐   Payment advices (pay stubs) are attached.

☒   No payment advices (pay stubs) are attached (the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition).

☐   No payment advices (pay stubs) attached for other reason, or some payment advices missing ( please explain). _____

### For Joint Debtor, if applicable:

☐   Payment advices (pay stubs) are attached.

☐   No payment advices (pay stubs) are attached (the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition).

☐   No payment advices (pay stubs) attached for other reason, or some payment advices missing ( please explain). _____

I declare under penalty of perjury that I have read this payment advices cover sheet and the attached payment advices, consisting of ___—___ sheets, numbered 1 through ___—___, and that they are true and correct to the best of my knowledge, information and belief.

**Signature of Debtor:** _/s/ E. Harvey_____   **Date:** 2/23/2016

**Signature of Joint Debtor:** _____   **Date:** _____

March 2006