# Bankruptcy Law Services

**From:** USBankruptcyCourts@noticingcenter.com
**Sent:** Monday, March 14, 2016 6:56 PM
**To:** ryneslaw@tds.net
**Subject:** U.S. Bankruptcy Court, Western District of Wisconsin - Returned Mail Notice, In re: Erin M. Harvey, Case Number: 16-10607, rdm, Ref: [p-93021971]
**Attachments:** R_P31610607309A0013.PDF

Notice of Returned Mail to Debtor/Debtor's Attorney

March 14, 2016

From: United States Bankruptcy Court, Western District of Wisconsin

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Erin M. Harvey, Case Number 16-10607, rdm

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**U.S. Federal Courthouse**
**120 N. Henry Street**
**Madison, WI 53703**

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Med-Health Financial Services
P. O. Box 1996
Milwaukee, WI 53201-1996

THE UPDATED ADDRESS IS:

Med-Health Financial Services
10200 W Innovation Dr #100
Milwaukee WI 53226

_____    03·15·2016
Signature of Debtor or Debtor's Attorney        Date

1