UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

Re: Erin M. Harvey                                    Bankruptcy Case #16-10607

Please note that the *creditor's* address is updated to:

Emergency Medicine Associates
20010 Century Blvd., #200
Germantown MD 20874-0000

Michael J. Rynes, March 24, 2016
Attorney for Debtor