Certificate Number: 06531-WIW-DE-027193826

Bankruptcy Case Number: 16-10607



06531-WIW-DE-027193826

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 29, 2016</u>, at <u>12:45</u> o'clock <u>PM CDT</u>, <u>Erin Harvey</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Wisconsin</u>.

Date:   <u>March 29, 2016</u>          By:    <u>/s/Connie Krosch</u>

                                       Name:  <u>Connie Krosch</u>

                                       Title: <u>Certified Credit Counselor</u>